# United States Bankruptcy Court
### District of District of Columbia

| | | |
|---|---|---|
| In re | **Jonathan I Swiatkowski**<br>**Alanna D Swiatkowski** | Case No. **09-00168** |
| | Debtor(s) | Chapter **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on <u>March 20, 2009</u>, a copy of the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Amex**
**Aurora Loan Services**
**Cach, LLC**
**Discover Fin Svcs Llc**
**Mann Bracken LLP**
**Toyota Motor Credit**

**/s/ Christopher R. Wampler**
**Christopher R. Wampler 32051**
**Wampler, Souder & Sessing, LLC**
**One Central Plaza**
**11300 Rockville Pike, Suite 610**
**Rockville, MD 20852-3011**
**(301) 881-8895Fax:(301) 881-8896**
**tim@wssfirm.com**