## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | |
| **JONATHAN SWIATKOWSKI** | : | Case No. 09-00168 |
| | : | **Chapter 13** |
| **AND** | : | |
| | : | |
| **ALANNA SWIATKOWSKI** | : | |
| | : | |
| | : | |
| **Debtors** | : | |
| | : | |
| _____ | : | |

### DEBTORS' MOTION FOR
### ORDER EXTENDING FILING DEADLINE

COMES NOW Debtors, JONATHAN SWIATKOWSKI AND ALANNA SWIATKOWSKI, by and through undersigned counsel, and moves this Honorable Court to enter an Order, pursuant to F.R.B.P. 9006 (b) (1), extending the deadline for filing schedules, statements and/or lists as required by F.R.B.P. 1007 and as reasons therefore states:

1.  Debtors filed the above captioned proceeding on March 4, 2009.

2.  Debtors' filing was precipitated by an imminent litigation.

3.  Debtors' counsel did not have adequate time to complete the Chapter 13 Plan prior to filing and, as such, these documents were not included along with Debtors' initial filings.

4.  Pursuant to F.R.B.P. 1007, the Chapter 13 Plan is due on or before March 19, 2009.

5.  Despite diligent efforts, Debtors have been unable to provide counsel with the financial information necessary to fully and accurately complete Debtors' Chapter 13 Plan. Among other things they have not been able to provide accurate arrearage balances.

6.  Debtors are confident that they will be able to provide counsel with full and accurate information necessary to complete Debtors' Chapter 13 Plan within Fifteen (15) days of the current filing deadline.

WHEREFORE, Debtors respectfully request:

a)  That Debtors' Motion for Order Extending Filing Deadline be granted; and

b)  That this Honorable Court enter an Order extending Debtors' deadline for filing the Chapter 13 Plan until April 4, 2009; and for

c)  Such other and further relief as deemed just and equitable by this Honorable Court.

Respectfully Submitted,

/s/ Christopher R. Wampler
Christopher R. Wampler # 05461
Attorney for Debtors
Wampler, Souder & Sessing, LLC
One Central Plaza
11300 Rockville Pike, Suite 610
Rockville, MD 20852-3011
Phone: (301) 881-8895
Fax: (301) 881-8896
cwampler@wssfirm.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY THAT on this 19th day of March, 2009, a copy of the foregoing Debtors' Motion for Order Extending Filing Deadline was sent electronically and/or mailed, first class, postage prepaid to:

Cynthia A. Niklas
Chapter 13 Trustee
4545 42nd Street, NW, Suite 211
Washington, DC 20016-4623

and to all creditors required under Local Rule 1007.

                                       Respectfully Submitted,

                                       /s/ Christopher R. Wampler _____
                                       Christopher R. Wampler # 05461
                                       Attorney for Debtors
                                       Wampler, Souder & Sessing, LLC
                                       One Central Plaza
                                       11300 Rockville Pike, Suite 610
                                       Rockville, MD 20852-3011
                                       Phone: (301) 881-8895
                                       Fax: (301) 881-8896
                                       cwampler@wssfirm.com