The order below is signed with the title changed to:

**ORDER PARTIALLY GRANTING DEBTORS MOTION FOR ORDER EXTENDING FILING DEADLINE**

and with the decretal paragraphs changed to read that it is:

ORDERED that Debtor's Motion is granted; and it is further
ORDERED that Debtor shall file the Chapter 13 Plan, as required by the Federal Rules of
Bankruptcy Procedure, on or before April 3, 2009.

Dated: March 22, 2009.



S. Martin Teel, Jr.
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| In Re: | : | |
|---|---|---|
| | : | |
| JONATHAN SWIATKOWSKI | : | Case No. 09-00168 |
| | : | Chapter 13 |
| AND | : | |
| | : | |
| ALANNA SWIATKOWSKI | : | |
| | : | |
| | : | |
| Debtors | : | |
| | : | |
| _____ | : | |

## ORDER GRANTING
## DEBTORS' MOTION FOR ORDER EXTENDING FILING DEADLINE

Upon consideration of Debtors' Motion for Order Extending Filing Deadline, the record

herein and any opposition thereto, it is hereby

ORDERED that Debtor's Motion is **granted**; and it is further

ORDERED that Debtor shall file the Chapter 13 Plan, as required by the Federal Rules of Bankruptcy Procedure, on or before April 4, 2009.

cc:    Cynthia A. Niklas
       Chapter 13 Trustee
       4545 42nd Street, NW, Suite 211
       Washington, DC 20016-4623

       Christopher R. Wampler #05461
       Wampler, Souder & Sessing, LLC
       One Central Plaza
       11300 Rockville Pike
       Suite 610
       Rockville, MD  20852-3003

**END OF ORDER**