# United States Bankruptcy Court
## District of District of Columbia

In re **Jonathan I Swiatkowski / Alanna D Swiatkowski**, Debtor(s)

Case No. **09-00168**
Chapter **13**

## AMENDED - DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 3,500.00 |
   | Prior to the filing of this statement I have received | $ 1,470.00 |
   | Balance Due | $ 2,030.00 |

2. $ **274.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:
   ☒ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:
   ☒ Debtor    ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   e. $3500 of above fee covers main case bankruptcy . $2000 is being charged for lien avoidance action.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **a) Additional filing, overnight delivery, postage and/or courier fees shall be paid by Debtor(s);
   b) A fee of Three Hundred Dollars ($300.00) will be charged for handling each and every Motion to Lift Stay caused by Debtor'(s) non-payment of secured creditors;
   c) In the event Debtor(s) misses a scheduled Meeting of Creditors or Confirmation Hearing, Debtor(s) shall pay Firm Three Hundred Dollars ($300.00) for each missed meeting. If a Motion to Dismiss Debtor'(s) case is filed as a result of the missed Meeting of Creditors or Confirmation Hearing, Debtor(s) shall pay Firm Three Hundred Fifty Dollars ($350.00) for filing an Answer and/or appearing at the Hearing for said Motion to Dismiss;
   d) Debtor(s) shall pay Firm an additional fee equal to One Third (33.33%) of any and all monies recovered from a creditor(s) relative to monies garnished during the ninety (90) day period immediately prior to filing.
   e) Any and all other adversarial proceedings of any kind or nature**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: 7/6/09

/s/ Christopher R. Wampler
**Christopher R. Wampler 32051
Wampler, Souder & Sessing, LLC
One Central Plaza
11300 Rockville Pike, Suite 610
Rockville, MD 20852-3011
(301) 881-8895   Fax: (301) 881-8896**